FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Anthony Dean <br><br> PLAINTIFF(S) <br> v. <br><br> Richard Rinner <br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> EDCV04-0120-GHK (JPR) <br><br><br> **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |

On __January 6, 2020__, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled __Letter to the Clerk__

from __David Anthony Dean__, who was found by the Court on __10/17/19__

in case number __EDCV04-0120-GHK (JPR)__ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☒ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $_____ must be posted in order to proceed.

☐ Other: 

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☒ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:
　　☐ be filed in the above-captioned case.
　　☐ be filed in case number _____.
　　☐ be filed as a new case.
or

☒ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review. *Proposed filing is unintelligible. Further, the Court denied his Rule 60(b) motion in August 2019.*

__January 9, 2020__　　　　　　　　　__/s/ [signature]__
Date　　　　　　　　　　　　　　　United States Magistrate Judge

---

IT IS HEREBY ORDERED that the document(s) presented
　　☒ not be filed.
　　☐ be filed in the above-captioned case.
　　☐ be filed in case number _____.
　　☐ be filed as a new case.

__January 14, 2020__　　　　　　　　__/s/ Virginia A. Phillips__
Date　　　　　　　　　　　　　　　United States District Judge

CV-115 (04/2018)　　　　NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

PG 1 OF 4

HON CLERK OF COURT          04-CV-0120-GHK
411 9TH ST
SANTA ANA, CA 92701

DEAR CLERK,

~~[redacted]~~

I'M OUT OF PAPER, AND PATIENCE, SO I RESPECTFULLY REQUEST YOU READ, CONSIDER WITH YOUR COLLEAGUES AT YOUR COURT AND SEND A COPY OF THIS TO THE HON 01-CV-0440-W&H-MSB COURT CALIFORNIA STEPHEN V. CITY OF TEMECULA, ET AL. IN OR AROUND JUNE 14TH OF 2019 (THE MONTH OF JUNE FOR SURE) I SENT THIS COURT, AND THE 00440 (SAN DIEGO) COURT ALMOST THE SAME EXACT UPDATE OF ALLEGATIONS THAT INVOLVED ME, AND YOUR TWO COURTS, BUT OPTION SHIFTS IN THEM WERE DIFFERENT TO THINGS THAT YOUR PARTICULAR COURTS COULD DO. WHAT WAS ALLEGED IS TRUE, WAS TRUE, IS STILL TRUE. THE SAN DIEGO COURT HAS BEEN NICE ENOUGH TO FILE DOCUMENTS INTO IT AND FRANKLY WITH THE FACT AT LEAST ONE ATTEMPT ON MY LIFE IS TRUE, OTHER ATTEMPTS MAY HAVE OCCURRED X 2 IT MAY BE THE ONLY REASON I'M ALIVE TODAY, FOR THIS IS THE WORST INHUMANE TERRORIST CELL JUDICIARY EVER TO EXIST IN U.S HISTORY (IN MODERN TIME) WELL YOU CAN FIND TWO CASES IN THAT JUNE DOCUMENT CONVICTIONS (OF THE FOUR) FOR SURE, →

PG 2 of 4

AND HERE IS HOW, THE ENCLOSED IS A RULE 60(B) MOTION TO RE-OPEN (SUPPORTED BY THE JUNE 2019 SENT TO YOUR COURT) A RULE 60(B) COMBINED WITH THE JUNE 2019 EXHIBIT CORRECTS ERROR IN YOUR COURT JUDGEMENT, AND IN THAT EXHIBIT JUNE 2019 I REQUEST CONSOLIDATIONS. PCF005711 YOU CAN FIX CONSOLIDATE CASE FOR FOR SURE, CV-12-00534-DGC (CR 00060114 SWF014631) V IS DIST COURT ARIZONA - COULD BE CONSTRUED AS A SECOND SUCCESSIVE, SO TECHNICALLY MAYBE NOT, BUT (SWF 1500705, (NOW MN) (REC 1804039) S296383)(A SUPREME COURT) (YOU CAN) ALL STATE LEVEL WRITS HAVE BEEN EXHAUSTED, FOR SWF1500705, AND IF YOU SEE THE MOTION TO RE-CONSIDER BAIL IN SWF1500705, THE RULE SET FOR 1/10/20, THE REC 1804039, S296383 WRIT AT THE CA SUPREME COURT, COMBINED LIKE THAT YOU CAN VIEW IT AS A 2254 USCA A WOLLWAGE V. SWANSON 404 U.S. 249 (1971) ANALYSIS, HAINES V KERNER 404 U.S. 519, 520 (1972) (ANALYSIS) RE-OPEN CONSOLIDATE FOR CASE PCF005711 (THIS WRIT IN YOUR COURT), THE SWF1500705 CONVICTION CAUSING THEM TO ANSWER TO ALL OF THE JUNE 2019 EXHIBIT, (IN TOTO), RULE ON THE PCF005711, SWF1500705 AND RULE ON ON THE WAY THE OTHERS WOULD HAVE TURNED OUT IF YOU CAN'T NOW, BECAUSE MY CLAIM IN TOTO WILL NOT CHANGE, IT INVOLVES COMMON SCHEMES, PEOPLE, SUBJECTS! IN THE CONCLUSION I WOULD (IF I WON BUT YOU COULDN'T TECHNICALLY NOW CHANGED BEFORE SWF014631, CR200060114

BECAUSE OF THE SUCCESSFUL ISSUES) PETITION THE HIGHER COURT TO TAKE A LOOK AT THAT PART, BUT NO MATTER WHAT YOU CAN FIX PETITIONER'S BOGUS CONVICTION, AND SUIT 100205'S RIGHT NOW. THEN I WOULD ENTERTAIN THE ARREST OF PARTIES, R.I.C.O, 42 U.S.C 1983 AS PUT WITH THE SAN DIEGO TEAM, CASE. ONE MORE THING I WAS SEXUALLY ASSAULTED AT THE CLARK COUNTY JAIL BY A MALE DEPUTY, THEN ATTACKED, THERES AUDIO HANDHELD OF THE ATTACK, SHOULD BE ROOF VIDEO, AND THE FOLLOWING DAY I SAW A GIRL SEXUALLY ASSAULTED IN MY VIEW BY A MALE DEPUTY TOO. IS THIS WHAT THIS COUNTRY TURNED TOO? SEXUAL ASSAULTS, SET UP'S BY THE JUDICIARIES, ATTEMPTED MURDER OF INMATES BY THE JUDICIARY? IF SO PREPARE FOR THE END OF THE WORLD, THIS COUNTRY HAS GONE TO ONE BIG PILE OF SHIT IF THATS THE CASE ! SO FAR THATS THE CONCLUSION AS OF TODAY.

12-30-19

THIS IS A YOUNGER V HARRIS JUSTIFYABLE INTERVENTION TO BY YOU. I'VE BEEN ADVISING YOUR SANDIEGO COLLEAGUES. *THERE IS HOLD FEDERAL BUILDING SURVEILLANCE OF THE VEGAS DISTRICT COURT BUILDING I NEED FOR THIS CASE APPROX 7 MINUTES BEFORE DOORS OF BUILDING CLOSED, PLEASE SECURE, →

P.S PLEASE EXPLAIN TO ME WHY? 0120 WAS TIMELY FILED, ANSWER WAS ORDERED, THEY DID SO, I FAXED (WHAT IS NOW PG 99-123 IN DOC #5 AT THE U.S DISTRICT COURT MENTAL ASSESSMENT WHICH COUNSEL IN A DEFENSE, HE FILED A LYING TRAVERSE IN YOUR COURT "LYING TO YOU" (PROVED BY DOC #5), AND NOW WHY IS 1 PG "TRV", 1 PG "POLICE REPORT", 1 PG "PRELIM" (RE: JUDGE JAMES T WRITTEN TOO) IN DOC #5 NOW BLANK IN CONTENT, AND WHY CAN'T I GET THE TRAVERSES OF W/03 PACER IN YOUR COURT W,T,F? SO I'M DONE DIRTY BY AN ATTORNEY WHO LIES TO YOUR COURT, IN FRONT OF YOU, AND IT'S COVERED UP IN APPEARANCE ATOLD BY YOUR COURT? THATS WHATS GOING ON IN YOUR COURT, THERES NO WAY LOUIE WILSON OR CLERK JUDGE THEN WOULD HAVE ISSUED DOC #4 IN VEGAS, OR DOC #5 WITH THE FAX MISSING THE 3 PGS OF CONTENT NOW BLANK, AND I'LL TELL YOU IT INVOLVED 1 ALLEGED INCIDENT 3 DIFFERENT VERSIONS BY THE ALLEGED VICTIM THATS WHAT 3 PGS ARE MISSING IN DOC #5. I AINT FEAR DEATH, IM RIGHT WITH GOD, HE HAS 1 MORE ETERNAL HEAVEN MAPP, THE STUPIDITY OF THE U.S.A TODAY, THE WORLD IS GOING TO END FASTER THEN YOU PEOPLES, I'LL BE GOOD WITH GOD, AND WHERE WILL YOU BE? ETERNAL HEAVEN, OR ETERNAL HELL (DANIEL 12:2)? NEXT MAPP'S INVESTABLE

NOBODY EVEN DEFEATS THE HOLY MAKER, HE'S THE BRAINS OF THE OPERATION, AND WHOS THAT DUMB TO TRY IT? NOT ME!

HAPPY NEW YEAR

DAVID DEAN
EDF #201903469
30755 AULD RD
MURRIETA, CA 92563



SAN BERNARDINO
SAN BERNARDINO CA 924
03 JAN 2020 PM 6

JPR LA



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN -6 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S DISTRICT COURT
411 4TH ST
SANTA ANA CA 92701

LEGAL MAIL

92701-451653